CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/11/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| AL-QAHIRA B., <br><br> *Plaintiff*, <br><br> v. <br><br> COMMISSIONER OF <br> SOCIAL SECURITY ADMINISTRATION, <br><br> *Defendant*. | CASE NO. 6:19-cv-52 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court following the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 15, hereinafter "Report"). Pursuant to 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. Following the referral, the Commissioner of Social Security filed its answer, but Plaintiff failed to file a brief as directed by Judge Ballou's briefing notice (dkt. 10). Thereafter, Judge Ballou entered an order instructed Plaintiff to file a brief as directed by the notice, or to show cause why the matter should not be dismissed for failure to prosecute (dkt. 11). Failing to comply, Judge Ballou entered a Second Order to Show Cause (dkt. 12). The Court's mailings of both show cause orders to Plaintiff were returned undeliverable with no forwarding address (dkt. 13–14). Even after suggestions by the Clerk that Plaintiff file a notice of address change with the Clerk's Office, Plaintiff failed to do so. Subsequently, Judge Ballou filed a Report recommending that the complaint be dismissed for failure to prosecute.

After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I will adopt the Report. It is incumbent upon the Plaintiff to inform the court of changes of address. Accordingly:

1. The Report is hereby **ADOPTED** in its entirety, (dkt. 15);

This case is hereby **DISMISSED** and stricken from the active docket of the Court. The Clerk of Court is directed to send a copy of this Order to counsel of record.

Entered this 11th day of August, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE